UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARTHOLOMEW OSCAR HIGGINS,

    Defendant.
_____/

HON.  TIMOTHY P. GREELEY

Case No. 2:11-mj-19

**ORDER**

On August 16, 2011, defendant appeared before the undersigned on a complaint and warrant alleging a violation of Felon in Possession of a Firearm.  The government moved for detention in accordance with 18 U.S.C. § 3142(f)(2), and the motion was supported by a recommendation from Pretrial Services.  Defendant informed the court that he did not contest detention at this time but that he wished to reserve the right to request a hearing at a later date.  Therefore, the government's motion for detention is granted and the defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  August 18, 2011

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge